UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RON DAVIS, et al.,<br><br>    Defendants. | Case No. 20-CV-04023-LHK<br><br>**JUDGMENT** |

On December 2, 2021, the Court granted defendants' motion for summary judgment. Dkt. No. 38. Judgment is entered in favor of defendants. The Clerk shall close the file.

**IT IS SO ORDERED.**

DATED: December 3, 2021

                                        *Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE

Case No. 20-CV-04023-LHK
JUDGMENT

1